IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**RUDOLPH F. VIENER**                                                          **PLAINTIFF**

**v.**                                      **Civil Action No. 1:16-cv-18-HSO-JCG**

**MICHAEL J. CASANO**                                         **DEFENDANT**

## ORDER OF RECUSAL

The above-captioned cause comes before the Court, *sua sponte,* pursuant to Title 28 U.S.C. § 455, and the undersigned, having reviewed this matter, finds that there are certain grounds under 28 U.S.C. § 455 which would require that he be disqualified from further participation in this case.

**IT IS THEREFORE ORDERED** that the undersigned hereby recuses himself from further participation in this case. The Clerk of the Court is hereby directed to reassign this case to another judge in accordance with this Court's practice and procedure.

**SO ORDERED AND ADJUDGED**, this the 21st day of January, 2016.

*s/ John C. Gargiulo*
JOHN C. GARGIULO
UNITED STATES MAGISTRATE JUDGE